# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | Whitney, Dolly A | § § § § |   Case No. 08 B 13168 |
| | Debtor | | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)    The case was filed on 05/23/2008.

    2)    The plan was confirmed on 08/14/2008.

    3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/12/2010.

    4)    The trustee filed action to remedy default by the debtor in performance under the plan on 04/14/2011.

    5)    The case was converted on 04/01/2011.

    6)    Number of months from filing or conversion to last payment: 32.

    7)    Number of months case was pending: 35.

    8)    Total value of assets abandoned by court order: (NA).

    9)    Total value of assets exempted: $17,632.50.

    10)    Amount of unsecured claims discharged without full payment: $0.

    11)    All checks distributed by the trustee relating to this case have not cleared the bank.

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $25,664.08 |
| Less amount refunded to debtor | $3.94 |

**NET RECEIPTS:** $25,660.14

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,600.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,579.84 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,179.84

Attorney fees paid and disclosed by debtor    $900.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $3,711.67 | $5,176.65 | $5,176.65 | $5,176.65 | $118.14 |
| American General Finance | Secured | $2,000.00 | $3,522.14 | $3,522.14 | $155.46 | $0 |
| Cook County Treasurer | Secured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Financial Illinois Inc | Secured | $500.00 | $500.00 | $500.00 | $500.00 | $0 |
| ABN AMRO | Unsecured | $0 | NA | NA | $0 | $0 |
| Account Recovery Service | Unsecured | $106.00 | NA | NA | $0 | $0 |
| Advance Loans | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Advocate South Suburban Hosp | Unsecured | $651.00 | NA | NA | $0 | $0 |
| Affinity Cash Loans | Unsecured | $750.00 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $1,243.00 | $1,739.96 | $1,739.96 | $988.51 | $0 |
| America's Financial Choice Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:**  *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| America's Financial Choice Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| American General Finance | Unsecured | $0 | NA | NA | $0 | $0 |
| American General Finance | Unsecured | $0 | NA | NA | $0 | $0 |
| American General Finance | Unsecured | $2,664.00 | NA | NA | $0 | $0 |
| American General Finance | Unsecured | $0 | NA | NA | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $1,000.00 | $414.58 | $414.58 | $235.10 | $0 |
| Capital One | Unsecured | $0 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $0 | NA | NA | $0 | $0 |
| Cashland | Unsecured | $750.00 | $924.93 | $924.93 | $0 | $0 |
| Cellular One | Unsecured | $1,182.00 | NA | NA | $0 | $0 |
| Check Into Cash | Unsecured | $800.00 | NA | NA | $0 | $0 |
| Check Into Cash | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Check N Go | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | NA | $440.00 | $440.00 | $249.44 | $0 |
| Corporate America Family CU | Unsecured | $1,469.00 | $1,482.82 | $1,482.82 | $842.45 | $0 |
| ECast Settlement Corp | Unsecured | $514.00 | $480.62 | $480.62 | $272.52 | $0 |
| ECast Settlement Corp | Unsecured | $10,982.00 | $11,540.55 | $11,540.55 | $6,562.16 | $0 |
| ECast Settlement Corp | Unsecured | $319.00 | $448.36 | $448.36 | $254.21 | $0 |
| ECast Settlement Corp | Unsecured | $639.00 | $843.05 | $843.05 | $478.96 | $0 |
| ECast Settlement Corp | Unsecured | $1,419.00 | $1,671.31 | $1,671.31 | $949.51 | $0 |
| ECast Settlement Corp | Unsecured | $587.00 | $799.47 | $799.47 | $454.27 | $0 |
| First Cash Advance | Unsecured | $750.00 | NA | NA | $0 | $0 |
| First Choice Loans | Unsecured | $500.00 | NA | NA | $0 | $0 |
| First Consumers National Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $227.61 | $227.61 | $128.21 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $3,437.52 | $3,437.52 | $1,954.63 | $0 |
| Loan Express Company | Unsecured | $382.00 | $487.60 | $487.60 | $276.45 | $0 |
| Loan Machine | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Money Market | Unsecured | $800.00 | NA | NA | $0 | $0 |
| National Quick Cash | Unsecured | $812.00 | NA | NA | $0 | $0 |
| Orchard Bank | Unsecured | $2,851.00 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $1,200.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | NA | $82.12 | $82.12 | $45.51 | $0 |
| Professional Account Management | Unsecured | $54.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Resurgent Capital Services | Unsecured | NA | $431.25 | $431.25 | $244.47 | $0 |
| RoundUp Funding LLC | Unsecured | $382.00 | $509.44 | $509.44 | $288.71 | $0 |
| RoundUp Funding LLC | Unsecured | $500.00 | $637.69 | $637.69 | $362.37 | $0 |
| Sears/Citibank SD | Unsecured | $291.00 | NA | NA | $0 | $0 |
| Surety Finance | Unsecured | $410.00 | $451.07 | $451.07 | $255.75 | $0 |
| Target National Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Trust Receivable Services | Unsecured | $60.00 | NA | NA | $0 | $0 |
| USA One National Credit Union | Unsecured | $709.00 | $708.95 | $708.95 | $402.87 | $0 |
| Washington Mutual Providian | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Financial Illinois Inc | Unsecured | $457.00 | $500.86 | $500.86 | $283.95 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $4,022.14 | $655.46 | $0 |
| **TOTAL SECURED:** | $4,022.14 | $655.46 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $5,176.65 | $5,176.65 | $118.14 |
| **TOTAL PRIORITY:** | $5,176.65 | $5,176.65 | $118.14 |
| **GENERAL UNSECURED PAYMENTS:** | $28,259.76 | $15,530.05 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,179.84 |
| Disbursements to Creditors | $21,480.30 |
| **TOTAL DISBURSEMENTS:** | $25,660.14 |

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: April 26, 2011            By: /s/ MARILYN O. MARSHALL
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.